PETTY OFFENSE MINUTE SHEET
HARRISONBURG DIVISION

**Case:** 5:23 po4               **Date:** 3/14/23
**Defendant:** Renato H. Brooks, present
**Judge:** Joel C. Hoppe, USMJ
**Deputy Clerk:** Karen Dotson      **Time in court:** 9:39-9:45 = 6 min.
**AUSA:** Ryan Faulconer
**Defense Counsel:** pro se
**Ranger:** Schuman
**USPO:** not present

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [x] Defendant waives counsel; advises court wishes to proceed today without counsel.
- [ ] Defendant requests appointment of counsel.   [ ] Court grants request for appointment
- [ ] Defendant moves for continuance. Court trial continued to _____.
- [x] Plea agreement reached.
- [x] Defendant sworn, questioned, and advised of rights on plea of guilty.
- [x] Government proffers/presents evidence to support plea and rests.
- [ ] Court trial held.
- [ ] Government presents evidence regarding sentencing and rests.
- [ ] Defendant presents evidence regarding sentencing and rests.

| OFFENSE/COUNT CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|
| ~~Reckless~~ Speeding 70/35 | G | reduced to Speeding 36 CFR 4.21 due today ~~days to pay~~  SA: $10   Fine: $152 |
|  |  | SA: $   Fine: $   days to pay |
|  |  | SA: $   Fine: $   days to pay |

- [ ] Government moves for detention.
- [ ] Government does not oppose bond.
- [ ] Detention/Bond Hearing held.
- [ ] Defendant released on bond. Bond set at $_____
- [x] Appeal rights stated by the court
- [ ] 18 USC § 3607

Additional information:
Δ sworn
20 yoa
GED